IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SIDNEY MARTS,

    Plaintiff,

v.                                            CASE NO. 4:10-cv-00229-MP-WCS

WALTER A MCNEIL,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation by the Magistrate Judge, Doc. 7. The Magistrate recommended this case be dismissed without prejudice to re-file on the grounds that because Plaintiff is categorized as an abusive filer under 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed as a pauper unless danger of imminent serious physical harm is alleged, which it is not here. Plaintiff filed an objection to the recommendation, Doc. 8, on the grounds that his allegations about the long-term effects of soybean products as a substitute for meats in the prison cafeteria are sufficient to allow him relief.

In support of his objection, Plaintiff cites Helling et. al. v. McKinney, 509 U.S. 25 (1993), in which the Supreme Court held that future harm from exposure to environmental (or second-hand) tobacco smoke could form the basis of an Eighth Amendment claim. What Plaintiff needs to proceed as a pauper in this case, however, is not simply a cognizable Eighth

Amendment claim. Because he is credited with four dismissals for frivolous or malicious filings under 28 U.S.C. § 1915(g), it is the danger of imminent, serious physical harm that he must allege. Plaintiff complains that he has twelve years remaining of his fifteen-year sentence, such that over that long period of time the harm from ingesting soy protein instead of real meat may become serious. That does not, however, make that serious harm imminent. Therefore, Plaintiff is not entitled to proceed as a pauper.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 7, is ADOPTED and incorporated herein.

2. Motion for Leave to Proceed In Forma Pauperis, Doc. 5, is DENIED.

3. This case is DISMISSED WITHOUT PREJUDICE to re-file upon paying the full filing fee, and the Clerk is directed to close the file and terminate all other pending motions.

**DONE AND ORDERED** this   9th   day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
